# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY MANNING and MATTHEW MANNING, individually; BRYANNE BURTON, individually and as Parent and Natural Guardian of MB and JM; AMANDA GRONDIN, individually and as Parent and Natural Guardian of EG;<br><br>    Plaintiffs,<br><br>        v.<br><br>WPX ENERGY APPALACHIA, LLC; WPX ENERGY INC.; and THE WILLIAMS COMPANIES, INC.;<br><br>    Defendants. | CIVIL ACTION NO. 3:12-cv-646<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 4th day of May, 2012, **IT IS HEREBY ORDERED** that Plaintiffs are given fourteen (14) days from the date of this order to file a second amended complaint sufficiently alleging diversity jurisdiction.  If the Plaintiffs fail to do so, the action will be dismissed.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge